**SEALED**

**FILED**

MAY 08 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br><br> 12499 Folsom Blvd. #59, Rancho Cordova, ) <br> California 95742, and an iPhone seized from ) <br> Kevin Michael Wood on May 7, 2014 ) <br> ) <br> ) <br> ) <br> ) | S.W. No. 2:14-SW-0303  AC <br><br> **[PROPOSED] ORDER RE:** <br> **REQUEST TO SEAL DOCUMENTS** |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated: 5/7/14

_____
ALLISON CLAIRE
United States Magistrate Judge
Eastern District of California