```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Sealed Search Warrants | SW NO. 2:14-SW-00303-AC<br><br>MOTION TO UNSEAL SEARCH WARRANT APPLICATION, AFFIDAVIT AND ATTACHMENTS AND (proposed) ORDER<br>MOTION |

HEREBY, the United States moves that this Court enter an order to unseal the application, affidavit, and attachments in the above captioned matters.  The subject of the underlying investigation, Kevin Michael Wood was arrested on about 5/08/2014 obviating further need for sealing these documents.

DATED: May 22, 2013                    BENJAMIN B. WAGNER
                                       United States Attorney


                                       By: _____
                                           MICHELLE RODRIGUEZ
///                                        Assistant U.S. Attorney

MOTION TO UNSEAL AND ORDER                                              1

```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Sealed Search Warrants | SW NO. 2:14-SW-00303-AC |
| | ORDER UNSEAL WARRANTS |

   The motion of the United States to unseal the application, affidavit, and attachments in the above captioned matters is HEREBY GRANTED.

   IT IS SO ORDERED.

Dated:  October 20, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
12499folsomblvd0303.ord

MOTION TO UNSEAL AND ORDER                                               2